UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS CASEY,

      Plaintiff,                                  Case No. 18-cv-11907

      v.

                                              UNITED STATES DISTRICT COURT JUDGE
RICK SNYDER, *et al.*,                GERSHWIN A. DRAIN

      Defendants.
_____/

## **JUDGMENT**

It is ordered and adjudged that, pursuant to this Court's Opinion and Order entered on this date, judgment is entered in favor of Defendants and against Plaintiff.

Date: August 30, 2018

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                                                   BY: T. Bankston
                                                         DEPUTY CLERK

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 30, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk